**Wanda G. MAY, Personal Representative of the Estate of Gary M. May, deceased, Plaintiff/Appellant,**

v.

**UNION PACIFIC RAILROAD COMPANY, Defendant/Respondent.**

No. ED 82645.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 20, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 11, 2004.

David Summers, Summers & Johnson, P.C., Kansas City, MO, for appellant.

Thomas R. Jayne, James W. Erwin, Tracy Jonathan Cowan, Thompson Coburn LLP, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Plaintiff, Wanda G. May, appeals from that part of a judgment granting summary judgment on Count III of her petition. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).